UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE CR BRONCO, LLC, d/b/a Captain Robbins Fishing Center, and JOHN SULLIVAN, III, as owner, and alleged owner, of the vessel CAPTAIN ROBBINS, for Exoneration from or Limitation of Liability. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 09-3036 (JEI/JS)<br><br>**MEMORANDUM ORDER** |

**APPEARANCES:**

MATTIONI, LTD
By: Stephen J. Galati, Esq.
1316 Kings Highway
Swedesboro, New Jersey 08085
    Counsel for Petitioners CR Bronco, LLC
    and John Sullivan, III

AVOLIO & HANLON, P.C.
By: Robert P. Avolio, Esq.
Crossroads Corporate Center
3150 Brunswick Pike, Suite 120
Lawrenceville, New Jersey 08648
    and
GOLDRING & GOLDRING P.A.
By: Eric J. Goldring, Esq.
2 Bridge Avenue, Suite 630
Red Bank, New Jersey 07701
    Counsel for Claimants Thomas and Barbara Elliott

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court upon the request by Claimants Thomas and Barbara Elliott for an extension of time to file answering papers and it appearing that:

    1.  Petitioners CR Bronco, LLC, and John Sullivan, III, (collectively "Petitioners") initiated this action for

exoneration from or limitation of liability by filing a Complaint on June 22, 2009. Therein, Petitioners indicated that Thomas Elliott allegedly fell and was injured on July 11, 2007, while or immediately after disembarking from the vessel Captain Robbins. (Compl. ¶¶ 6, 7) Petitioners further stated that Thomas and Barbara Elliott had filed suit in the Superior Court of New Jersey, Law Division, seeking recovery for injuries sustained and losses incurred as a result of the incident on July 11, 2007. (Compl. ¶ 9)

2. On June 24, 2009, the Court issued an Order which, among other directives, instructed that all persons asserting claims with respect to that for which Petitioners seek limitation of liability must, by August 17, 2009, file those claims with the Clerk of Court, and serve those claims on Petitioners' attorneys. (Dkt. No. 4 at pp. 2-3, ¶ 3) The Court further directed that if any claimant desires to contest Petitioners' right to exoneration from or limitation of liability, that claimant must file and serve upon Petitioners' attorney an Answer to the Complaint. (Id.)

3. By letter dated August 6, 2009, Eric J. Goldring, Esq., represented to the Court that he was just retained as admiralty counsel to Claimants Thomas and Babara Elliott. Claimants, through Mr. Goldring, now seek an extension from August 17, 2009, to September 16, 2009, to file their claims with the Clerk of

Court and/or file an Answer to the Complaint.  According to Mr. Goldring's letter, this extension request is made with the consent of Petitioners' counsel, Stephen J. Galati, Esq.

And for good cause shown;

**IT IS**, on this 14th day of August, 2009,

**ORDERED THAT**:

1. Paragraph Three on pages 2 and 3 of this Court's Order Approving Plaintiffs' Security, Directing Issuance of Notice and Restraining Suits dated June 24, 2009 (Dkt. No. 4) is hereby **AMENDED** in the following respect-- "17th day of August, 2009" is replaced with "16th day of September, 2009".

2. The Clerk of Court shall issue a new Notice of Complaint for Exoneration From or Limitation of Liability, reflecting this amendment.

_____
JOSEPH E. IRENAS, S.U.S.D.J.